

# NUMBER 13-18-00044-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JAMES LOVERDE, M.D.,                                                        Appellant,

## v.

REGIONAL EMPLOYEE
ASSISTANCE PROGRAM,                                                        Appellee.

## On appeal from the 13th District Court
## of Navarro County, Texas.

# MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Benavides and Longoria
## Memorandum Opinion by Chief Justice Valdez

Appellant, James LoVerde, M.D., filed an appeal from a judgment entered by the

13th District Court of Navarro County, Texas, in cause number D-16-24991-CV. [1]

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2017 1st C.S.).

Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties have entered into an agreement resolving the dispute between the parties. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

<u>**/s/ Rogelio Valdez**</u>
ROGELIO VALDEZ
Chief Justice

Delivered and filed the
19th day of April, 2018.

2